**STATE of Missouri, Respondent,**

v.

**Anthony A. McELROY, Appellant.**

**No. WD 59547.**

Missouri Court of Appeals,
Western District.

Submitted July 2, 2002.

Sept. 17, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Attorney General, Jefferson City, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Anthony A. McElroy appeals his convictions of two counts of statutory rape in the first degree, pursuant to § 566.032, RSMo 1994; four counts of first degree statutory sodomy, § 566.062; and five counts of first degree child molestation, § 566.067. McElroy was sentenced by the trial court as a prior and persistent offender to a total of forty years in prison. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).